GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail: dmaguire@galtonhelm.com

Attorneys for Defendants Hartford Life and Accident Insurance Company and Wal-Mart Stores, Inc. Employee Long Term Disability Benefits Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD DOUGLAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, WAL-MART STORES, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 05 3408 WHA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; (PROPOSED) ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Donald Douglas and Defendants Hartford Life and Accident Insurance Company and Wal-Mart Stores, Inc. Employee Long Term Disability Benefits Plan, by and through their respective counsel, that said Defendants have an extension of time and must answer or otherwise plead to Plaintiff's Complaint on or before October 20, 2005.

/ / /

/ / /

/ / /

/ / /

5388 / 87199.1

Case No. C 05 3408 WHA
STIPULATION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING

1  Said extension to plead was requested so that defense counsel could have time
2  to review his client's file.

4  DATED: September 13, 2005      TEAL & MONTGOMERY
                                  MICHAEL S. HENDERSON

6                                 By: */s/ Michael S. Henderson*
7                                      MICHAEL S. HENDERSON
                                  Attorneys for Plaintiff Donald Douglas

9  DATED: September 13, 2005      GALTON & HELM LLP
10                                DANIEL W. MAGUIRE

12                                By: */s/ Daniel W. Maguire*
                                       DANIEL W. MAGUIRE
13                                Attorneys for Defendants Hartford Life and
                                  Accident Insurance Company and Wal-Mart
14                                Stores, Inc. Employee Long Term Disability
                                  Benefits Plan

### **O R D E R**

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time to respond to Plaintiff's Complaint to and including October 20, 2005.

DATED:   September 16, 2005       _____
                                  HON. WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE

No further extensions will be granted.