IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD DOUGLAS,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, WAL-MART STORES, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN, and DOES 1 through 50, inclusive,

    Defendants.

No. C 05-03408 WHA

**ORDER DENYING THE PARTIES' REQUESTS TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Good cause not shown, the Court **DENIES** the parties' requests to attend the case management conference by telephone. Trial counsel shall please appear in person.

**IT IS SO ORDERED.**

Dated: November 16, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE