IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, WAL-MART STORES, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                   / | No. C 05-03408 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      The case management conference and defendants' motion for summary judgment is **CONTINUED** to **MAY 18, 2006, AT 8:00 A.M.** Please file your joint case management statement no later than May 11, 2006.

      **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

      **IT IS SO ORDERED.**

Dated: April 17, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE