IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO.; WAL-MART STORES, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN; AND DOES 1–50,<br><br>　　　　Defendants. | No. C 05-03408 WHA<br><br>**ORDER RE MOTION FOR ATTORNEY'S FEES** |

Plaintiff has moved for attorney's fees. Any opposition to the motion should address only the issue of entitlement. If plaintiff is entitled to fees, the amount will be considered next, by a different procedure. This two-stage process will allow the parties to forego further filings related to the amount until the threshold issue of entitlement is decided.

**IT IS SO ORDERED.**

Dated: June 5, 2006

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE