IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD DOUGLAS,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE CO.; WAL-MART STORES, INC. EMPLOYEE LONG TERM DISABILITY BENEFITS PLAN; AND DOES 1–50,

    Defendants.

No. C 05-03408 WHA

**ORDER VACATING HEARING**

The hearing on the motion for attorney's fees is **VACATED** due to the unavailability of defense counsel for Thursday hearings until August 31, 2006. The motion will be decided based on the briefs and other papers filed in the case.

**IT IS SO ORDERED.**

Dated: July 5, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE